IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:11-CV-30-D

| | |
|---|---|
| FELICIA LEDBETTER, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CONSENT ORDER |
| | ) |
| MICHAEL ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| Defendant. | ) |

This action being submitted to the Court for entry of a consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order, and that Plaintiff has assigned to her attorney the right to collect the fee, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of the Social Security Administration should pay the sum of $3,922.55 for attorney fees plus $71.00 for reimbursement of marshall fees in full and final settlement of all claims arising from the above captioned case and due against the Social Security Administration pursuant to the Equal Access for Justice Act (EAJA). 20 U.S.C. §2412(d):

It is ORDERED that the Commissioner of Social Security pay the sums of $3,922.55 for attorney fees and $71.00 in costs for reimbursement of the marshall fees associated with this matter in full satisfaction of any and all claims arising under EAJA, 28 U.S.C.§2412(d). Such payments should be sent to:

Kathleen Shannon Glancy, P.A.
114 South Front Street
Wilmington, NC 28401

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to her office address above in accordance with Plaintiff's assignment to his attorney of her right to payment of attorney fees under EAJA.

Upon the payment of such sums, this case is dismissed with prejudice.

This the **29** day of **June**, 2012.

_____
United States District Judge

CONSENTED TO:

/s/Kathleen Shannon Glancy
Kathleen Shannon Glancy
Attorney for Plaintiff
Kathleen Shannon Glancy, P.A.
114 South Front Street
Wilmington, NC 28401
Telephone: (910)762-6091
Fax: (910)763-2967
E-mail: *ksglancy@glancynet.com*
N.C. State Bar No. *12216*


/s/Jay C. Hinsley
Jay C. Hinsley
Special Assistant United States Attorney
Attorney for Defendant
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410)966-7856
Fax: (410)597-0137
Email: *jay.hinsley@ssa.gov*
Nebraska Bar